UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE BILLIE,<br><br>  Plaintiff,<br><br>  v.<br><br>CONNIE GIPSON, et al.,<br><br>  Defendants. | No.  1:23-cv-00985-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Doc. 16 |

Plaintiff Robert Lee Billie was a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The Court referred the matter to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 27, 2024, the assigned magistrate judge issued Findings and Recommendations, recommending the district court dismiss this matter without prejudice for failure to prosecute and failure to comply with Court's orders to update Plaintiff's mailing address.  Doc. 16.  The Findings and Recommendations noted that the returned undeliverable mail indicated Plaintiff had died, however no successors or representatives of the now deceased Plaintiff could be identified to effectuate a statement noting death.  *Id.* at 2.  The Court served the Findings and Recommendations on Plaintiff's last known address and stated any objections were

due within 30 days. *Id.* at 2. No objections to the Findings and Recommendations have been filed and the time to do so has lapsed.

In accordance with 28 U.S.C. § 636 (b)(1) and Local Rule 304, this Court conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on February 27, 2024, Doc. 16, are **ADOPTED** in full.
2. This case is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   April 5, 2024

UNITED STATES DISTRICT JUDGE